# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **CEMENT KILN RECYCLING COALITION,** ) | |
| ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| **v.** ) | **Case No.** __26-1208_____ |
| ) | |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,** ) | |
| ) | |
| *Respondent.* ) | |

## <u>PETITION FOR REVIEW</u>

Pursuant to Section 307(b)(1) of the Clean Air Act, 42 U.S.C. § 7607(b)(1); the Administrative Procedure Act, 5 U.S.C. § 706(2); Rule 15(a) of the Federal Rules of Appellate Procedure; and D.C. Circuit Rule 15, the Cement Kiln Recycling Coalition ("CKRC") petitions this Court for review of a final action of the United States Environmental Protection Agency ("EPA") titled the "*National Emission Standards for Hazardous Air Pollutants From Hazardous Waste Combustors: Residual Risk and Technology Review*," published in the Federal Register on June 3, 2026. 91 Fed. Reg. 33484 (June 3, 2026). A copy of EPA's final rule is attached as Exhibit A.

This Court has jurisdiction pursuant to 42 U.S.C. § 7607(b)(1).

-2-

Date: August 3, 2026                    Respectfully submitted,

 */s/ Brittany M. Pemberton*
Brittany M. Pemberton
BRACEWELL LLP
2001 M Street NW, Suite 900
Washington, DC 20036
(202) 828-5800 (telephone)
(202) 857-4812 (facsimile)
Brittany.Pemberton@bracewell.com

**Counsel for Petitioner**

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **CEMENT KILN RECYCLING COALITION,** ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| **v.** ) | **Case No.** 26-1208 |
| ) | |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,** ) | |
| ) | |
| *Respondent.* ) | |

## RULE 26.1 STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, the Cement Kiln Recycling Coalition ("CKRC") states that it is a trade association within the meaning of Circuit Rule 26.1(b). CKRC is a national trade association representing cement manufacturers in the U.S. that recover the value in energy-bearing hazardous wastes by using them as alternative fuel in kilns used to produce cement. CKRC does not have a parent company, and no publicly held company has a 10% or greater ownership interest in it.

-2-

Date: August 3, 2026

Respectfully submitted,

 */s/ Brittany M. Pemberton*
Brittany M. Pemberton
BRACEWELL LLP
2001 M Street NW, Suite 900
Washington, DC 20036
(202) 828-5800 (telephone)
(202) 857-4812 (facsimile)
Brittany.Pemberton@bracewell.com

***Counsel for Petitioner***

## CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Appellate Procedure 3(d), 15, and 25, D.C. Circuit Rules 15(a) and 25, and 40 C.F.R. § 23.12(a), I hereby certify that the foregoing PETITION FOR REVIEW and RULE 26.1 STATEMENT have been served by United States certified mail, return receipt requested, this 3rd day of August, 2026, upon each of the following:

Hon. Lee Zeldin, Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Correspondence Control Unit
Office of General Counsel (2311)
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Hon. Todd Blanche
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Hon. Adam R.F. Gustafson
Acting Assistant Attorney General
Environmental and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

*/s/ Brittany M. Pemberton*
Brittany M. Pemberton